```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 23777
   DARIO SANCHEZ
   CYNTHIA L SANCHEZ                           CHAPTER 13

                                               JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-0195     SSN XXX-XX-8983
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/18/07 and confirmed on 02/22/08.

2. The case was dismissed after confirmation, 10/03/2008.

3. The Debtor paid a total of $ 3190.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 17336.81 | 503.83 | 1102.58 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 6938.13 | 202.63 | 364.87 |
| ACL SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMSHER COLLECTIONS SVCS | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS SURGICAL FOUND | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST EMERGENCY MED S | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| MUEBLERIA CONTINENTAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE ACENCY | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PEDIATRIC ANES ASSOC LTD | UNSECURED | NOT FILED | .00 | .00 |
| RETAIL SERVICES/HRS | UNSECURED | NOT FILED | .00 | .00 |
| SUBSCRIBER SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE VOICE STREAM | UNSECURED | NOT FILED | .00 | .00 |
| THE PEDIATRIC FACULITY I | UNSECURED | NOT FILED | .00 | .00 |
| TIME LIFE | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 2760.13 | .00 | .00 |

```
VILLAGE SQUARE IV           UNSECURED       NOT FILED              .00           .00
VIP FAMILY HEALTH CARE C    UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL       UNSECURED       NOT FILED              .00           .00
CHRYSLER FINANCIAL SVC A    UNSECURED        3977.51               .00           .00
         Summary of disbursements:
------------------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   24274.94         .00      6737.64          .00      31012.58
PRINCIPAL PAID        1467.45         .00          .00          .00       1467.45
INTEREST PAID          706.46         .00          .00          .00        706.46
TOTAL PAID            2173.91         .00          .00          .00       2173.91
```

The Debtor's attorney, SCOTT A BENTLEY                , was allowed $   3500.00
and was paid $     831.07 .

The Trustee received $     185.02 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


            Dated: 01/21/09                /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE